*E-filed on*: _____3/30/07_____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNA MARTINEZ,<br><br>        Plaintiff,<br>   v.<br><br>APPLE COMPUTER<br><br>        Defendant. | No. C-03-05504 RMW<br>No. C-04-00805 RMW<br><br>ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS |
| DONNA MARTINEZ,<br><br>        Plaintiff,<br>   v.<br><br>WORKERS COMPENSATION APPEALS BOARD,<br><br>        Defendant. | No. C-04-00806 RMW<br><br>ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS |

      On March 15, 2007, plaintiff Donna Martinez filed an application for waiver of court fees and costs[1] in the three cases closed cases assigned to this court: *Martinez v. Apple Computer, Inc.*, C-03-05504 RMW; *Martinez v. Apple Computer, Inc.*, C-04-00805; and *Martinez v. Workers Compensation Appeals Board*, C-04-00806. She asks the court to provide her, without charge, a full copy of the case

---

    [1]    This request was submitted on state court forms and did not include the requested financial information to confirm eligibility for relief. The request attached a printout of property taxes owed at her primary address.

ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW

1  file and transcripts for all three cases.  The court denies this request.  As set forth on the court's website
2  at http://www.cand.uscourts.gov under "Getting Docket Info," Ms. Martinez may contact a copy and
3  retrieval service.  The court regularly uses the services of Pacific Research & Retrieval, who may be
4  reached at 408-295-6800.

7  DATED:    3/23/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW
2

1  **Notice of this document was mailed on      3/30/07      to:**

2  **Counsel for Plaintiff(s):**

3  Donna Martinez
   153 Arabian Way
4  Scotts Valley, CA 95066
   PRO SE

5

6  **Counsel for Defendant(s):**

7  No appearance

ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW