1

2

3

4  *E-filed on*: ____3/30/07____

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12  DONNA MARTINEZ,                         No. C-03-05504 RMW
                                            No. C-04-00805 RMW
13             Plaintiff,
          v.                                ORDER DENYING APPLICATION FOR
14                                          WAIVER OF COURT FEES AND COSTS
    APPLE COMPUTER
15
               Defendant.
16

17
    DONNA MARTINEZ,                          No. C-04-00806 RMW
18
               Plaintiff,
19        v.                                ORDER DENYING APPLICATION FOR
                                            WAIVER OF COURT FEES AND COSTS
20  WORKERS COMPENSATION APPEALS
    BOARD,
21
               Defendant.
22

23
          On March 15, 2007, plaintiff Donna Martinez filed an application for waiver of court fees and
24
    costs[1] in the three cases closed cases assigned to this court: *Martinez v. Apple Computer, Inc.*, C-03-
25
    05504 RMW; *Martinez v. Apple Computer, Inc.*, C-04-00805; and *Martinez v. Workers Compensation*
26
    *Appeals Board*, C-04-00806.  She asks the court to provide her, without charge, a full copy of the case
27

28        [1]    This request was submitted on state court forms and did not include the requested
    financial information to confirm eligibility for relief.  The request attached a printout of property
    taxes owed at her primary address.

    ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW

1   file and transcripts for all three cases.  The court denies this request.  As set forth on the court's website

2   at http://www.cand.uscourts.gov under "Getting Docket Info," Ms. Martinez may contact a copy and

3   retrieval service.  The court regularly uses the services of Pacific Research & Retrieval, who may be

4   reached at 408-295-6800.

5

6

7   DATED:      3/23/07                    *Ronald M Whyte*

                                           RONALD M. WHYTE
8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW
2

1    **Notice of this document was mailed on        3/30/07        to:**

2    **Counsel for Plaintiff(s):**

3    Donna Martinez
     153 Arabian Way
4    Scotts Valley, CA 95066
     PRO SE
5

6    **Counsel for Defendant(s):**

7    No appearance

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING APPLICATION FOR WAIVER OF COURT FEES AND COSTS— C-03-05504, C-04-00805, C-04-00806 RMW